UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SCF WAXLER MARINE, LLC d/b/a SCF LIQUIDS | * * * | CIVIL ACTION |
| VERSUS | * * * | NO. 16-902-JCZ-JCW and consolidated cases |
| M/V ARIS T, a bulk carrier ship, IMO No. 9343895, MMSI NO. 2406260000, her engines, tackle, Apparel, and other appurtenances, *in rem,* in admiralty | * * * * * | SECTION "A" MAG. 2 APPLIES TO ALL CASES |

**ANSWER AND CLAIM; THIRD PARTY COMPLAINT**

NOW COMES Cenac Marine Services, LLC, as owner and operator of the M/V LORETTA G. CENAC and barges CTCO 338, CTCO 339, and CTCO 357B, and for its answer and claim to the Complaint of ARIS T ENE and Marmaras Navigation, Ltd. (C.A. 16-1134), its claim against such parties and the M/V ARIS T, *in rem,* in all cases, and its Third Party Complaint against Genesis Marine, LLC and Genesis Marine, LLC of Delaware in all cases, with respect represents:

ANSWER AND CLAIM IN C.A. 16-1134

1.      The Complaint of ARIS T Ene and Marmaras Navigation, Ltd. fails to state a claim upon which relief may be granted.

2.      Marmaras Navigation, Ltd., as manager, lacks standing to pursue a claim for limitation from or exoneration from liability.

3.    The alleged acts of negligence attributable to the M/V ARIS T, her officers and crew, are within the privity and knowledge of limitation petitioners, and thus not subject to limitation of liability.

4.    The allision which occurred on or about January 31, 2016 near Mile 125 AHP, Lower Mississippi River, was due to the negligence, fault and neglect of limitation petitioners, and thus not subject to exoneration from liability.

5.    The allegations of fact contained in Articles 6 and 9 of the Complaint are admitted.

6.    The allegations of fact and law contained in Articles 1, 2, 3, 10, 11, 12, 13, 14 and 15 are denied for lack of sufficient information to justify a belief therein.

7.    The allegations of fact and law contained in Articles 4, 5, 7, 8, 16, 17 and 18 of the Complaint are denied.

## CLAIM IN C.A. 16-1134

8.    Claimant Cenac Marine Services, LLC ("Cenac") is a limited liability company organized and existing under the laws of the State of Louisiana with its principal place of business at Houma, Louisiana.

9.    Cenac was at all times pertinent the owner and operator of the Tug LORETTA G. CENAC and the barges CTCO 338, CTCO 339, and CTCO 357B.

10.   On January 31, 2016, said vessels were down bound in the Lower Mississippi River near Norco, Louisiana and following a tow being pushed by the M/V ELIZABETH M. ROBINSON, which is alleged to have been owned

and/or operated by Genesis Marine, LLC and/or Genesis Marine, LLC of Delaware.

11.     In the vicinity of Mile 125 AHP, the M/V LORETTA G. CENAC, at the ship's request, agreed with the up bound M/V ARIS T on a one whistle or port to port passing agreement.  The M/V LORETTA G. CENAC had previously agreed to overtake the M/V ELIZABETH M. ROBINSON and its tow.

12.     As the ELIZABETH M. ROBINSON entered a bend in the river, it began to slide from the west bank to the east bank, forcing the LORETTA G. CENAC toward the east bank.

13.     The LORETTA G. CENAC then offered to amend its passing agreement with the ARIS T to a two whistle, or starboard to starboard, passing agreement. The ARIS T declined to change the passing agreement, indicating that the up bound ship had plenty of room in which to successfully make the passing.

14.     The M/V LORETTA G. CENAC successfully met and/or passed the ARIS T without incident.

15.     Shortly after the passing, the M/V ARIS T lost control and struck dock facilities owned by Valero Refining New Orleans, LLC ("Valero") and Motiva Enterprises, LLC ("Motiva").  The ARIS T also struck two vessels moored at those docks owned by  SCF Waxler Marine, LLC ("Waxler") and Kirby Inland Marine, LLC ("Kirby").

16.     The following day, Cenac was placed on notice that the ARIS T was contending that Cenac was responsible for the damages sustained in the incident.  Cenac has denied all liability in the premises, and has initiated its

own Complaint for Exoneration from and/or Limitation of Liability as a consequence of the incident.

17.     The aforesaid incident and damages were not caused or contributed to by any fault, neglect or want of due care on the part of Cenac, or others for whom it is responsible, but rather were due to the fault and neglect of Aris T Ene, the M/V ARIS T, and Marmaras Navigation, Ltd., or others.

18.     Numerous claims have been asserted by demand against Cenac as a consequence of the casualty.  By reason of the negligence of limitation petitioners, and the M/V ARIS T, *in rem,* and the unseaworthiness of the M/V ARIS T, the particulars of which will be shown at trial hereof, Cenac avers that it is entitled to indemnity and/or contribution and/or recovery over from limitation petitioners, and the M/V ARIS T, in the event it is cast in judgment or held liable with respect to such claims, whether asserted by Valero, Motiva, Waxler or Kirby, or others not yet known.

THIRD PARTY COMPLAINT

19.     This is a Third Party Complaint within the meaning of Rule 14 of the Federal Rules of Civil Procedure.  Made third party defendants are Genesis Marine, LLC and Genesis Marine, LLC of Delaware (collectively "Genesis"), who are upon information and belief the owners and operators of the M/V ELIZABETH ROBINSON and her tow.

20.     Cenac hereby tenders Genesis to parties who sustained damage in the incident pursuant to Rule 14(c) of the Federal Rules of Civil Procedure.

21. The incident and resulting damages were not occasioned by any fault or neglect on the part of Cenac, but rather were due to the fault and neglect of Genesis in the following particulars:

    (a) Failure to maintain control while down bound in the Mississippi River;

    (b) Failure to maintain course and speed while being overtaken;

    (c) Sliding from the west bank toward the east bank;

    (d) Operating a vessel without sufficient power to maintain control in the prevailing current conditions;

    (e) Embarrassing the navigation of the LORETTA G. CENAC and her tow;

    (f) Unseaworthiness of the M/V ELIZABETH M. ROBINSON; and

    (g) Other acts of negligence or fault to be shown at trial.

22. As a consequence of its fault, Genesis is liable to Cenac by way of tortious indemnity, or for contribution, against the claims of Valero, Motiva, Aris T Ene, Marmaras, Waxler and Kirby, or others.

    WHEREFORE, Cenac Marine Services, LLC prays:

    (1) That its answer be deemed good and sufficient;

    (2) After due proceedings are had, that the Complaint for Exoneration from and/or Limitation of Liability of Aris T Ene and Marmaras Navigation be denied;

    (3) That its claims against the limitation petitioners and Genesis be sustained, and that it recover over by way of indemnity and/or contribution from Aris T, Marmaras, and/or Genesis; and

(4) For such other and further relief to which it may be entitled, including attorneys' fees and costs.

Respectfully submitted on March 14, 2016.

                                            WAITS, EMMETT, POPP & TEICH, L.L.C.

                                            s/John F. Emmett
                                            RANDOLPH J. WAITS, T.A.  (13157)
                                            JOHN F. EMMETT  (1861)
                                            MATTHEW F. POPP  (24608)
                                            JORDAN N. TEICH  (32254)
                                            MARK A. HILL  (33891)
                                            1515 Poydras Street, Suite 1950
                                            New Orleans, Louisiana  70112
                                            Telephone:  (504) 581-1301
                                            Facsimile:   (504) 585-1796
                                            jemmett@wep-law.com
                                            Attorneys for Cenac Marine Services, LLC

PLEASE SERVE:

Genesis Marine, LLC
Through its statutorily appointed
     Agent for Service
Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge, Louisiana   70809

Genesis Marine, LLC of Delaware
Through its agent for service of process
CT Corporation System
3867 Plaza Tower Drive
Baton Rouge, Louisiana   70816